DANIEL G. BOGDEN
United States Attorney
District of Nevada
ANDREW W. DUNCAN
Assistant United States Attorney
333 Las Vegas Blvd. South
Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Fax: (702) 388-6020

Attorneys for the Government

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:10-cr-475-JCM-LRL |
|    Plaintiff, ) | |
| v. ) | MOTION TO DISMISS |
| PATRICK WOOTAN, ) | <u>INDICTMENT</u> |
|    Defendant. ) | |

The United States of America by Daniel G. Bogden, United States Attorney for the District of Nevada, and Andrew W. Duncan, Assistant United States Attorney, requests pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, that the Court enter an order allowing the government to dismiss without prejudice the charges brought against defendant Patrick Wootan which are contained in Indictment 2:10-cr-475-JCM-LRL. The Motion to Dismiss is requested so that the government can do additional investigation into the identification of the defendant in the above captioned case.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

DATED this __23rd___ day of February, 2011.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ Andrew W. Duncan
ANDREW W. DUNCAN
Assistant United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>PATRICK WOOTAN,<br><br>   Defendant. | 2:10-cr-475-JCM-LRL<br><br>ORDER FOR DISMISSAL |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and upon leave of Court, the United States Attorney for the District of Nevada hereby dismisses without prejudice the charges brought against defendant PATRICK WOOTAN that are contained the above-captioned Indictment.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ Andrew W. Duncan
ANDREW W. DUNCAN
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

DATED this 16th day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　Plaintiff, )<br> )<br>v. )<br> )<br>PATRICK WOOTAN, )<br>　　　Defendant. )<br>_____ ) | 2:10-cr-475-JCM-LRL<br><br>CERTIFICATE OF SERVICE |

I, Andrew W. Duncan, do hereby certify that I am an employee of the Organized Crime Strike Force, United States Attorney's Office, District of Nevada, and that on February 23, 2011, I served a copy of the following:

MOTION TO DISMISS INDICTMENT

upon the following counsel of record:

Michael Pandullo, Esq.
Wright and Winckler
300 S. Fourth St., Suite 701
Las Vegas, Nevada 89101

by means of electronic means through CM/ECF and by way of email at

Winckler@wswlawlv.com.


DATED: February 23, 2011         /s/Andrew W. Duncan
　　　　　　　　　　　　　　　　　Andrew W. Duncan
　　　　　　　　　　　　　　　　　Assistant United States Attorney

4